IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Devoun Bennett, ) | C/A No.: 1:19-2871-BHH-SVH |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| Warden of Turbeville Correctional ) | |
| Institution, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a motion for summary judgment on February 18, 2020. [ECF No. 22]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion and of the need for him to file an adequate response by March 23, 2020.[1] [ECF No. 23]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such,

---

[1] On March 16, 2020, Plaintiff's deadline was extended an additional 21 days pursuant to the Standing Order of the Honorable R. Bryan Harwell, Chief United States District Judge, in response to the COVID-19 pandemic. *See* 3:20-mc-105.

it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's motion for summary judgment by April 30, 2020. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

April 16, 2020　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　United States Magistrate Judge